IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG TRAN, | No. C 11-0877 CW (PR) |
|      Petitioner, | ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
|   v. | |
| TIM VIRGA, Warden, | (Docket no. 10) |
|      Respondent. | |

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent filed an answer on July 21, 2011.

    Petitioner has filed a request for an extension of time to file a traverse to the answer. The request is hereby GRANTED. Petitioner shall file his traverse no later than **October 22, 2011**. If no traverse is received by that date, the matter will be deemed submitted and ready for decision.

    This Order terminates Docket no. 10.

    IT IS SO ORDERED.

Dated: 9/16/2011

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DUNG TRAN,

        Plaintiff,

v.

TIM VIRGA et al,

        Defendant.

Case Number: CV11-00877 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dung Tran F81885
CSP- SAC
P.O. Box 290066
Represa, CA 95671

Dated: September 16, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2