United States District Court
For the Northern District of California

1

2

3

4

5                        IN  THE  UNITED  STATES  DISTRICT  COURT

6                    FOR  THE  NORTHERN  DISTRICT  OF  CALIFORNIA

7    DUNG TRAN,                              No. C 11-0877 CW (PR)

8          Petitioner,                       ORDER GRANTING PETITIONER'S
         v.                                  FIRST REQUEST FOR EXTENSION OF
9                                            TIME TO FILE TRAVERSE

10   TIM VIRGA, Warden,
                                             (Docket no. 10)
11         Respondent.
     _____/

12

13        Petitioner, a state prisoner, filed a pro se petition for a

14   writ of habeas corpus.  The Court directed Respondent to file an

15   answer to the petition and granted Petitioner leave to file a

     traverse.  Respondent filed an answer on July 21, 2011.
16
          Petitioner has filed a request for an extension of time to
17
     file a traverse to the answer.  The request is hereby GRANTED.
18
     Petitioner shall file his traverse no later than **October 22, 2011.**
19
     If no traverse is received by that date, the matter will be deemed
20
     submitted and ready for decision.
21
          This Order terminates Docket no. 10.
22
          IT IS SO ORDERED.
23
     Dated:  9/16/2011
24                                           CLAUDIA WILKEN
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

4   DUNG TRAN,                                    Case Number: CV11-00877 CW

5              Plaintiff,                          **CERTIFICATE OF SERVICE**

6       v.

7   TIM VIRGA et al,

8              Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on September 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
    in the Clerk's office.

13

14

15  Dung  Tran F81885
    CSP- SAC
16  P.O. Box 290066
    Represa,  CA 95671
17
    Dated: September 16, 2011
18
                                            Richard W. Wieking, Clerk
                                            By: Nikki Riley, Deputy Clerk
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California