UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG TRAN,<br><br>        Plaintiff,<br><br>     v.<br><br>JEFF MACOMBER,<br><br>        Defendant. | Case No. 11-cv-00877-CW<br><br>JUDGMENT |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 27, 2016

_____
CLAUDIA WILKEN
United States District Judge