UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DUNG TRAN,<br><br>            Petitioner,<br><br>     v.<br><br>JEFF MACOMBER,<br><br>            Respondent. | Case No. 11-cv-00877-CW<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY<br><br>Re: Dkt. No. 47 |
|---|---|

Petitioner has filed a notice of appeal and an application for a certificate of appealability.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  The application for a certificate of appealability is DENIED because petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Dkt. No. 47.  The clerk shall forward a copy of this order to the Court of Appeals for filing in Tran v. Macomber, Ninth Circuit Case No. 16-15324.

    IT IS SO ORDERED

Dated: 3/8/16

_____
CLAUDIA WILKEN
United States District Judge